**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| BROOKSIDE KITCHENS, INC. | ) | CASE NUMBER: **09-70399** |
| | ) | |
| DEBTOR | ) | CHAPTER **7** |

**NOTICE OF FINAL APPLICATION FOR AWARD OF**
**ATTORNEY FEES AND EXPENSES UNDER CHAPTER 11**

THE DEBTOR, BY ITS ATTORNEY BERNARD J. NATALE, have filed papers with the Court for the: **FINAL APPLICATION FOR AWARD OF ATTORNEY FEES AND EXPENSES UNDER CHAPTER 11 IN THE SUM OF $10,121.69**

      Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you desire a copy of the Motion, please contact the undersigned and one will be sent to you.

      If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; **O**R
2. Attend the hearing scheduled to be held **JULY 20, 2009 AT 9:30 A.M.** in the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

      If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

      You must also mail a copy to:      BERNARD J. NATALE, LTD.
      Bernard J. Natale
      6833 Stalter Drive – Ste. 201
      Rockford, Illinois 61108
      815/964-4700

      If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  June 25, 2009

      /s/   BERNARD J. NATALE
      BERNARD J. NATALE
      6833 Stalter Drive – Ste. 201
      Rockford, Illinois 61108

## PROOF OF SERVICE

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF WINNEBAGO      )


The undersigned, being first duly sworn on oath deposes and states that she served the attached by placing a true and correct copy of said notice of **FINAL APPLICATION FOR AWARD OF ATTORNEY FEES AND EXPENSES** in each envelope, addressed as attached:


**(EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U.S. BANKRUPTCY CLERK'S RECEIPT)**


That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 25th day of June, 2009

/S/   Debbie Harris


Subscribed and sworn to before me this
25th day of June, 2009


/s/  DENISE M. BENNETT
Notary Public

My commission expires:  May 10, 2010

Advanta Bank Corp.
PO Box 8088
Philadelphia, PA 19101-8088

Amcore Bank
1210 S. Alpine Road
Rockford, IL 61108

Attorney Greg Biegel
6833 Stalter Drive
First Floor
Rockford, IL 61108

Ballard Engineering
PO Box 5947
Rockford, IL 61125

Bryan & Jane Kane
1941 N Boone School Rd
Caledonia, IL 61011

Burr Pest Control
1649 Charles Street
Rockford, IL 61104

Cherryvale Mall
7200 Harrison Avenue - Suite 5
Rockford, IL 61112

First Rockford Group
6801 Spring Creek Road
Rockford, IL 61107

Gordon Food Service
P.O. Box 1787
Grand Rapids, MI 49501

Hills Marketing
202 West State Street
Suite 504
Rockford, IL 61101

Interstate Graphics
7817 Burden Road
Machesney Park, IL 61115

Neon Rain Interactive LLC
13762 Colorado Blvd. #124-50
Brighton, CO 80602

Office of the United States Trustee
780 Regent Street, Suite 304
Madison, WI 53715

PostNet
3057 N. Perryville Road
Rockford, IL 61114

Reinhart Foods
PO Box 11975
Milwaukee, WI 53211

Rock River Reclamation District
PO Box 6207
Rockford, IL 61125-1207

Superior Knife
8120 North Central Park Avenue
Skokie, IL 60076

Verizon Bankruptcy Administration
404 Brock Drive
Bloomington, IL 61701

YCS Printing
305 E. Riverside Blvd.
Loves Park, IL 61111

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| BROOKSIDE KITCHENS, INC. | ) | CASE NO. **09-70399** |
| | ) | |
| DEBTOR | ) | CHAPTER **7** |

<u>**FINAL APPLICATION FOR AWARD OF
ATTORNEY FEES AND EXPENSES UNDER CHAPTER 11**</u>

**NOW COMES** Bernard J. Natale, attorney for the debtor, and submits this Final Application for Award of Attorney Fees and Expenses, and states as follows:

1. The debtor filed a petition for relief under Chapter 11 of the United States Bankruptcy Code on February 11, 2009. This matter was converted to a case under Chapter 7 on June 18, 2009.

2. Your applicant, Bernard J. Natale, has provided certain and actual legal services to the debtor, Brookside Kitchens, Inc., and to the Estate, the general nature of which is herein described as set forth in detail in Exhibit "A", attached hereto and made a part hereof.

3. The requested hourly rate is $275.00.

4. The debtor paid Attorney Bernard J. Natale the sum of $12,000.00 as a pre-petition retainer.

5. Your applicant provided services to the debtor pre-petition, and the same was paid from the retainer in the sum of $1,347.50.

6. The sum of $1,039.00 was used for the Chapter 11 filing fee on February 11, 2009 leaving a retainer balance of $9,613.50.

7. Based upon the nature, extent and value of the services performed to the date of conversion is $10,051.25 plus expenses of $70.44.

8. Upon award of final fees and expenses, Attorney Bernard J. Natale shall be authorized to apply the retainer balance in sum of $9,613.50 against said award.

9. Attorney Bernard J. Natale shall be authorized to have an allowed claim of Chapter 11 administrative expenses of $508.19.

**WHEREFORE,** your applicant prays that after notice and a hearing the Court authorize payment of attorney fees to Bernard J. Natale in the sum of $10,051.25 plus expenses in the sum of $70.44 for a total award of $10,121.69. That Attorney Bernard J. Natale shall be authorized to apply the retainer balance of $9,613.50 against said award, and further that Attorney Bernard J. Natale be award a claim for Chapter 11 administrative expenses in the sum of $508.19.

DATED: JUNE 25, 2009

/S/     BERNARD J. NATALE
ATTORNEY FOR THE DEBTOR,
BROOKSIDE KITCHENS, INC.

PREPARED BY:

ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE – SUITE 201
ROCKFORD, IL  61108
815-964-4700
FAX:  815-316-4646